# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Roger Garrison, Sr., | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| Plaintiff, | ) | the Federal Rules of Civil |
| | ) | Procedure or other appropriate |
| v. | ) | law.) |
| | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Medicredit, Inc., a Missouri corporation, | ) | |
| | ) | 5:21-cv-00346-HNJ |
| Defendant. | ) | |

### Summons in a Civil Action

To:  Medicredit, Inc.
c/o CT Corporation System., as registered agent
2 N. Jackson Street
Suite 605
Montgomery, Alabama 36104

NOTE: A separate summons must be
prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Ronald C. Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C., 225 Pratt Avenue, Huntsville, Alabama 35801

David J. Philipps
Philipps & Philipps, 9760 S. Roberts Road, Suite One, Palos Hills, Illinois 60465

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 3/23/2021

SEE REVERSE SIDE FOR RETURN

SHARON N. HARRIS, CLERK
By:
Deputy Clerk

(SEAL OF COURT)
NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203