



Clerk, United States District Court
Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, Alabama 35203

Garrison, Sr. v Medicredit, Inc. 5:21-cv-00346-HNJ
Summons and Complaint to Medicredit, Inc.