UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ROGER GARRISON, SR., | ) |
| Plaintiff | ) ) ) |
| vs. | ) Case No. 5:21-cv-00346-HNJ ) |
| MEDICREDIT, INC., | ) ) |
| Defendant | ) |

## ORDER

Defendant filed an unopposed motion to extend the deadline for answering or otherwise responding to Plaintiff's Complaint. (Doc. 10). For good cause shown, the court **GRANTS** the motion and **EXTENDS** Defendant's answer deadline by twenty-one (21) days.

**DONE** and **ORDERED** this 14th day of April, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE